No. 426. SPUR DISTRIBUTING CO. *v.* LINDSEY. ▌ ▌▌ Jurisdictional statement submitted September 9, 1933. Decided October 9, 1933. *Per Curiam:* The appeal herein is dismissed for the want of a substantial federal question. *Nashville, C. & St. L. Ry Co.* v. *Wallace,* 288 U.S. 249, 265–268; *Gregg Dyeing Co.* v. *Query,* 286 U.S. 472, 478, 479, 481, 482; *Eastern Air Transport* v. *South Carolina Tax Comm'n,* 285 U.S. 147, 152; *Edelman* v. *Boeing Air Transport,* 289 U.S. 249, 251, 252. *Mr. Thomas H. Malone* for appellant. No appearance for appellee. ▌

No. —, original. EX PARTE SALISBURY. October 9, 1933. Motion for leave to file petition for writ of mandamus denied. *Adele T. Salisbury, pro se.*

No. —, original. EX PARTE HEUSSLER ET AL. October 9, 1933. Motion for leave to file petition for writ of mandamus denied. *Messrs. D. Roger Englar, Henry N. Longley,* and *Ezra G. Benedict Fox* for petitioners.

No. —, original. EX PARTE COLORADO. October 9, 1933. Motion for leave to file petition for writ of mandamus denied. *Mr. Paul P. Prosser* for petitioner.

No. —, original. EX PARTE FLETCHER. October 9, 1933. Motion for leave to file petition for writ of mandamus denied. *Mr. Edmond C. Fletcher, pro se.*

No. —, original. EX PARTE BENJAMIN. October 9, 1933. Motion for leave to file petition for writ of habeas corpus denied. *Mr. Jehudah Benjamin, pro se.*